# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE SHELLS, INC.<br>*Debtor* | CASE NO. 14-<br>JUDGE SHEA-STONUM<br>CHAPTER 11 |
| IN RE BRAYCO LLC<br>*Debtor* | CASE NO. 14-<br>JUDGE SHEA-STONUM<br>CHAPTER 11 |

### MOTION OF SHELLS INC. AND BRAYCO, LLC FOR JOINT ADMINISTRATION

Shells Inc. and Brayco, LLC each as Debtor and Debtor-in-Possession in their respective cases ("Debtors"), move this Court pursuant to Federal Rule of Bankruptcy Procedure 1015(b)(4) for an order for joint administration of their respective cases

Shells is a manufacturer of sand cores and molds. Brayco is a single asset real estate company that owns the facility used by Shells in Bourbon Indiana. There are affiliates. 11 U.S.C. §101(2)(D). These two cases are therefore intimately interconnected and the issues in each case will directly impact on the other. Therefore judicial economy will be maximized and legal costs will be reduced if the two cases are administered together.

The Debtors therefore request that their cases be jointly administered in Shells' case under a caption *In re Shells Inc. et al., Debtors,* Case Nos. 14- and 14-[Jointly Administered]

### NOTICE

Notice of this will be given via email, facsimile (if available) and mail to (i) the office of the United States Trustee for the Northern District of Ohio; and (ii) the additional creditors identified on the Debtor' consolidated list of twenty (20) largest unsecured creditors. In light of the nature of the relief requested, Debtor submit that no other or further notice is necessary.

Respectfully submitted,
/s/ Frederic P. Schwieg
Frederic P. Schwieg, Esq.
Attorney at Law
2705 Gibson Dr

Rocky River OH 44116-3008
(440) 499-4506
fschwieg@schwieglaw.com
Attorney for Debtors and Proposed Attorney for
Debtors-In-Possession